L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In Re:<br><br>Benjamin Casas<br>Elvira Casas<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:11-bk-25506-TD<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |
|---|---|

I, Benjamin Casas and Elvira Casas, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

After my case was filed on April 10, 2011, commencing on May 2011 I have been sending my plan payment $316.00 to my Chapter 13 **Trustee KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101**

See attached copy of the money order(s). As of June 2011, I am current with the plan payment

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 22, 2011

_____
Debtor

_____
Joint Debtor

1



