| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-25506-TD |
|---|---|
| In re<br><br>Benjamin Casas<br>Elvira Casas<br><br><br><br>                                                  Debtor(s). | |
| | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Benjamin Casas and Elvira Casas__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __April 10, 2011__.

2. I am the owner of real property[1] at the following street address:

    __2165 Larchmont Street__

    __Pomona, CA 91767__                                                                           (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Chase__.

    b. Second deed of trust in favor of __American General Financial Inc  (avoid Lien)__  *(if applicable)*.

    c. Third deed of trust in favor of __None__  *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

F 3015-1.4

| In re  Benjamin Casas  Elvira Casas   Debtor(s). | CHAPTER 13  CASE NUMBER 2:11-bk-25506-TD |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| CHASE  PO BOX 24696, Columbus, OH 43224 | $1,548.00 | 1-15th May 2011 | 05/09/11 |
|  | $1,548.00 | 1-15th June 2011 | 06/01/11 |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 3*

F 3015-1.4

| In re<br>Benjamin Casas<br>Elvira Casas<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:11-bk-25506-TD |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date   June 22, 2011        Signature   *Benjamin Casas*
                                        Benjamin Casas
                                        Debtor

Date   June 22, 2011        Signature   *Elvira Casas*
                                        Elvira Casas
                                        Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy



Handwritten: Loan # 156530353l742
CH13 LA 11-25506



Handwritten on mail receipt:
Sent To: CHASE
Street: 24696
City, State, ZIP: COLUMBUS OH 43224